UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHRISTOPHER CASTRO,                 :

          Plaintiff,            :     **ORDER**

       -against-                     :     09 Civ. 10384 (LAK)(MHD)

THE CITY OF NEW YORK, et al.,       :

          Defendants.           :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that an initial conference has been scheduled in the above-captioned action on **MONDAY, FEBRUARY 8, 2010, at 2:30 P.M.**, at which time you are directed to appear in **Courtroom 6A** (not courtroom 17D where Judge Dolinger normally sits), 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York
       January 25, 2010**

                                 SO ORDERED.

                                 _____
                                 **MICHAEL H. DOLINGER
                                 UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Mr. Christopher Castro
21-61 Steinway Street
Queens, New York 11105

Isaac Klepfish, Esq.
Assistant Corporation Counsel
  of the City of New York
100 Church Street
New York, NY 10007